UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HYOSUNG USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No. 3:23-CV-335 |

### CONSENT ORDER FOR DEFENDANT'S PAYMENT OF PLAINTIFF'S ATTORNEY'S FEES

**THIS MATTER** is before the Court on the Parties' Consent Motion for Attorneys' Fees, Doc. No. 28. This motion follows the Court's Order Denying Motion to Sever and Granting Motion to Remand, Doc. No. 26, which granted Plaintiff's request for an award of its reasonable attorneys' fees and costs and ordered the parties to confer as to the amount. As recited in the motion, Counsel for Plaintiff and counsel for Defendant Travelers Property Casualty Company of America ("Travelers") have conferred and agreed that the amount of attorneys' fees and costs should be set at $13,349.00. Based on this agreement of the Parties, the Court finds that amount to be reasonable under the circumstances.

Therefore, **IT IS ORDERED, ADJUDGED and DECREED** that Defendant Travelers shall pay $13,349.00 to Plaintiff Hyosung USA, Inc. for reimbursement of attorney's fees and

1

costs in this action. Defendant shall remit payment of this amount within fourteen (14) days of this Order and deliver such payment to Plaintiff's counsel of record.

SO ORDERED

Signed: September 20, 2023

Kenneth D. Bell
United States District Judge